# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
scott@leemonlaw.com
www.leemonlaw.com

-----------------------------------

> **APPLICATION GRANTED**
> **SO ORDERED** [signature]
> **VERNON S. BRODERICK**
> **U.S.D.J.** 06/24/2024
>
> In addition to providing pretrial with the travel details, Defendant should disclose the amount of cash or the equivalent Defendant intends to take/ use during his trip.

<u>Via ECF</u>
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: <u>United States v Steven Lacaj, 24 CR 362 (VSB)</u>

Dear Judge Broderick,

 I write to respectfully request that the defendant's bail conditions be amended to permit him to travel to Las Vegas, Nevada on June 28, 2024 and return to Newark Airport on July 1, 2024. Of note, this trip was planned before the defendant's arrest on June 7, 2024.

 His pre-trial officer, Karina Chin Vilefort and AUSA Adam Hobson advise me that neither office takes a position on this request. I have already provided Pretrial Services with all of Mr. Lacaj's travel details including flight and hotel.

I thank you in advance for your consideration of this request.

Very truly yours,

*Scott Leemon*

Scott E. Leemon

cc: Karina Chin Vilefort, USPTS (via email)
    AUSA Adam Hobson (via ECF)