# LAW OFFICES OF SCOTT E. LEEMON, P.C.

### 41 Madison Avenue, 31ˢᵗ Floor
### New York, New York 10010
### (212) 696-9111--- Office
### (917) 238-0880---Mobile
### scott@leemonlaw.com
### www.leemonlaw.com

------------------------------------------------

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 07/16/2024

Defendant must provide his Pretrial Services Officer with his itinerary, and must contact her upon his return to the District.

Via ECF
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  United States v Steven Lacaj, 24 CR 362 (VSB)

Dear Judge Broderick,

I write to respectfully request that the defendant's bail conditions be amended to permit him to travel to Connecticut (and stay overnight) on July 19, 2024 to see a Kevin Hart concert with his girlfriend.

His pre-trial officer, Karina Chin Vilefort informs me that she has no objection to the proposed overnight stay if Mr. Lacaj's notifies her when he returns to the District. AUSA Adam Hobson advise me that he defers to Pre-trial's position on the request.

I have already provided Pretrial Services and Mr. Hobson with all of Mr. Lacaj's proposed travel details including ticket stub for the show and hotel reservation.

I thank you in advance for your consideration of this request.

Very truly yours,

*Scott Leemon*

Scott E. Leemon

cc:  Karina Chin Vilefort, USPTS (via email)
AUSA Adam Hobson (via ECF)