# LAW OFFICES OF SCOTT E. LEEMON, P.C.

## 41 Madison Avenue, 31st Floor
## New York, New York 10010
## (212) 696-9111--- Office
## (917) 238-0880---Mobile
## scott@leemonlaw.com
## www.leemonlaw.com

---

<u>Via ECF</u>
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED**
> VERNON S. BRODERICK
> U.S.D.J. 4/10/2025
>
> Mr. Lacaj is permitted to travel to South Florida from May 1, 2025 through May 5, 2025 and is to provide Pretrial services with the travel details before he leaves.

    Re:  <u>United States v Steven Lacaj, 24 CR 362 (VSB)</u>

Dear Judge Broderick,

    I am counsel for Mr. Lacaj and write to respectfully request that his bail conditions be amended to permit him to travel from New York to South Florida (Boca Raton area) from May 1, 2025 through May 5, 2025.

    He will be going on a business trip in connection with his Airbnb business.

    His pre-trial officer, Karina Chin Vilefort informs me that she has no objection to the proposed trip if she is provided all of Mr. Lacaj's travel details before he leaves, which I will do. She also requested that he notifies her when he returns. Since his initial positive drug test, Mr. Lacaj has been fully complaint with the terms of his release.

AUSA Adam Hobson advise me that he defers to Pre-trial's position on the request.

I thank you in advance for your consideration.

Very truly yours,

Scott E. Leemon

cc: Karina Chin Vilefort, USPTS (via email)
    AUSA Adam Hobson (via ECF)