# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
scott@leemonlaw.com
www.leemonlaw.com

---

<u>Via ECF</u>
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  4/15/2025
> Mr. Lacaj is permitted to return from his trip on May 10, 2025 and should provide all the details of his trip to Pre Trial Services.

Re:  <u>United States v Steven Lacaj, 24 CR 362 (VSB)</u>

Dear Judge Broderick,

I am counsel for Mr. Lacaj and write to respectfully request that the previously approved trip (DE #59) be amended to permit Mr. Lacaj to return to New York on May 10, 2025.

His pre-trial officer, Karina Chin Vilefort informs me that she has no objection to the proposed amendment if she is provided all of Mr. Lacaj's travel details before he leaves, which will be done. She also requested that he notifies her when he returns. Since his initial positive drug test, Mr. Lacaj has been fully complaint with the terms of his release.

AUSA Adam Hobson advise me that he has no objection either.

I thank you in advance for your consideration.

                                            Very truly yours,

                                            Scott E. Leemon

cc:  Karina Chin Vilefort, USPTS (via email)
      AUSA Adam Hobson (via ECF)