# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
scott@leemonlaw.com
www.leemonlaw.com

---------------------------------------------------------------------------

August 16, 2025

Via ECF
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**  08/18/2025

Re:  United States v Steven Lacaj, 24 CR 362 (VSB)

Dear Judge Broderick,

    I am counsel for Mr. Lacaj and write to respectfully request that his bail conditions be amended to permit him to travel from New York to Detroit, Michigan from August 25, 2025 through September 1, 2025 to visit with his girlfriend's family.

    His pre-trial officer, Jessica Aguilar-Adan and AUSA Adam Hobson inform me that they have no objection to the proposed trip. Prior to traveling, he will provide his Ms. Aguilar-Adan with his complete travel itinerary including flights and where he is staying.

I thank you in advance for your consideration.

Very truly yours,

Scott E. Leemon

cc: Jessica Agilar-Adan, USPTS (via email)
    AUSA Adam Hobson (via ECF)