# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
scott@leemonlaw.com
www.leemonlaw.com

---------------------------------------------------------------------

Via ECF
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.**

Date: September 8, 2025

    Re: <u>United States v Steven Lacaj, 24 CR 362 (VSB)</u>

Dear Judge Broderick,

    I am counsel for Mr. Lacaj and write to respectfully request that his bail conditions be amended to permit him to travel from New York to Denver, Colorado from on or about October 11, 2025 through on or about October 13, 2025 to attend a wedding.

    His pre-trial officer, Jessica Aguilar-Adan and AUSA Adam Hobson inform me that they have no objection to the proposed trip. Prior to traveling, he will provide his Ms. Aguilar-Adan with his complete travel itinerary including flights and where he is staying.

I thank you in advance for your consideration.

                                    Very truly yours,

                                    Scott E. Leemon

cc:  Jessica Agilar-Adan, USPTS (via email)
      AUSA Adam Hobson (via ECF)