# LAW OFFICES OF SCOTT E. LEEMON, P.C.

41 Madison Avenue, 31st Floor
New York, New York 10010
212-696-9111-Office
917-238-0880-Mobile

scott@leemonlaw.com--Email

www.leemonlaw.com

October 14, 2025

Via ECF
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 10/15/2025

Re: United States v Steven Lacaj, 24 CR 362 (VSB)

Dear Judge Broderick,

I am counsel for Mr. Lacaj and write to respectfully request that his bail conditions be amended to permit him to travel from New York to Orlando, Florida from on or about October 27, 2025 through on or about October 31, 2025 for a combined business trip/vacation with his girlfriend.

His pre-trial officer, Jessica Aguilar-Adan informs me that she has no objection to the proposed trip. AUSA Adam Hobson informs me he defers to pre-trial. Prior to traveling, he will provide his Ms. Aguilar-Adan with his complete travel itinerary including flights and where he is staying.

I thank you in advance for your consideration.

Very truly yours,
/s/
Scott E. Leemon

cc: Jessica Agilar-Adan, USPTS (via email)
AUSA Adam Hobson (via ECF)