# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**
**www.leemonlaw.com**

-------------------------------------------------------------------------

November 5, 2025

Via ECF

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED *New Bra*
VERNON S. BRODERICK
U.S.D.J.   11/06/2025

Re:  United States v Steven Lacaj, 24 CR 362 (VSB)

Dear Judge Broderick,

I am counsel for Mr. Lacaj and write to respectfully request that his bail conditions be amended to permit him to travel from New York to Detroit, Michigan on or about November 21, 2025 through on or about November 24, 2025 for a pre-Thanksgiving celebration with his girlfriend's family.

His pre-trial officer, Jessica Aguilar-Adan and AUSA Adam Hobson inform me that they have no objection to the proposed trip. Prior to traveling, he will provide his Ms. Aguilar-Adan with his complete travel itinerary including flights and where he is staying.

I thank you in advance for your consideration.

Very truly yours,

/s/ *Scott Leemon*

Scott Leemon

cc:  Jessica Agilar-Adan, USPTS (via email)
     AUSA Adam Hobson (via ECF)