# LAW OFFICES OF SCOTT E. LEEMON, P.C.
**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**
**www.leemonlaw.com**

---------------------------------------------------------------------

February 4, 2026

Via ECF
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J. 2/4/2026

Re:  United States v Gogliormella, et al, 24 CR 362 (VSB)

Dear Judge Broderick,

I am counsel for Mr. Lacaj and write to respectfully request that his bail conditions be amended to permit the following travel:

- to Utah on or about 2/27/26-3/2/26 for a ski trip
- to drive his fiancé's car from NY to Detroit (no date is scheduled yet, but he will send details before he goes to Pretrial, probably early March)

Mr. Lacaj's pretrial officer does not object to these trips. The Government takes no position on the request.

I thank you in advance for your consideration.

Very truly yours,

/s/ *Scott Leemon*

Scott Leemon

cc:  All counsel (via ECF)