# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31ˢᵗ Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**
**www.leemonlaw.com**

--------------------------------------------------------------------------

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.**   04/15/2026

The sentencing scheduled for May 20, 2026 is hereby
adjourned to July 22, 2026 at 12:00 PM.  The court offers
its sincerest condolences to counsel.

Via ECF
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  United States v Gogliormella, et al, 24 CR 362 (VSB)

Dear Judge Broderick,

I am counsel for Mr. Lacaj and write to respectfully request that his sentencing currently scheduled for May 20, 2026 be adjourned until either July 21, 22 or 23 (I have checked with the Government, and these proposed dates are good for the parties.

This request is made because my father passed away last week and I am still dealing with issues related to his death. His wife, who suffers from Alzheimer's, lives in Florida and I am going to need to travel back down to Florida to help her deal with the estate and find suitable assistance for her. I am the executor of the estate and now going to be her trustee. Due to these factors, I am going to need additional time to properly prepare his sentencing submission.

ASUA Matthew Shahabian informs me that he consents to this request.

I thank you in advance for your consideration.

Very truly yours,

/s/ *Scott Leemon*

Scott Leemon

cc:  All counsel (via ECF)