# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**212-696-9111-Office**
**917-238-0880-Mobile**
scott@leemonlaw.com
www.leemonlaw.com

=============================================================

April 21, 2026

**Via ECF**
**Honorable Vernon S. Broderick**
**United States District Court**
**Southern District of New York**
**40 Foley Square**
**New York, NY 10007**

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 04/21/2026

Re:  **United States v Steven Lacaj, 24 CR 362 (VSB)**

Dear Judge Broderick,

I am counsel for Mr. Lacaj and write to respectfully request that his bail conditions be amended to permit him to travel from New York to Detroit, Michigan on or about May 7, 2026 through on or about May 9, 2026 to attend a wedding with his girlfriend.

His pre-trial officer, Jessica Aguilar-Adan and AUSA Matthew Shahabian consent to the trip. Prior to traveling, he will provide Ms. Aguilar-Adan with his complete travel itinerary including flights and where he is staying.

I thank you in advance for your consideration.

Very truly yours,

/s/ *Scott Leemon*
Scott Leemon

cc:  Jessica Agilar-Adan, USPTS (via email)
AUSA Matthew Shahabian (via ECF)