# LAW OFFICES OF SCOTT E. LEEMON, P.C.
**41 Madison Avenue, 31ˢᵗ Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**
**www.leemonlaw.com**

-----------------------------------------------------------------------

June 22, 2026

Via ECF
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** _____
**VERNON S. BRODERICK**
**U.S.D.J.**  06/22/2026

The sentencing scheduled for July 22, 2026 is hereby adjourned to September 23, 2026 at 11:00 AM.

    Re:  United States v Gogliormella, et al, 24 CR 362 (VSB)

Dear Judge Broderick,

    I am counsel for Mr. Lacaj and write to respectfully request that his sentencing currently scheduled for July 22, 2026, be adjourned until September 23, 2026 at 11am. I have conferred with the Government and Ms. Disla and this date and time work for all the parties.

    This request is made because I need additional time to finishing putting together Mr. Lacaj's sentencing submission and I am still dealing with personal family issues relating to my father's passing in April.

ASUA Matthew Shahabian informs me that he consents[1] to this request.

I thank you in advance for your consideration.

Very truly yours,

/s/ Scott Leemon
Scott Leemon

cc:  All counsel (via ECF)

---

[1] The government has asked me to include in this letter that they will object to any further adjournments.