# LAW OFFICES OF SCOTT E. LEEMON, P.C.

41 Madison Avenue, 31st Floor
New York, New York 10010
212-696-9111-Office
917-238-0880-Mobile
scott@leemonlaw.com
www.leemonlaw.com


---

November 16, 2026

Via ECF
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/17/2026

Re: United States v Steven Lacaj, 24 CR 362 (VSB)

Dear Judge Broderick,

I am counsel for Mr. Lacaj and write to respectfully request that his bail conditions be amended to permit him to travel from New York to Detroit, Michigan on or about December 12, 2026, through on or about December 14, 2026 to go visit with the family of his paramour for the holidays and let them spend some time with their new grandchild.

His pre-trial officer, Jessica Aguilar-Adan has no objection to the trip and AUSA Matthew Shahabian consents to the trip. Prior to traveling, he will provide Ms. Aguilar-Adan with his complete travel itinerary including flights and where he is staying.

I thank you in advance for your consideration.

Very truly yours,

/s/ *Scott Leemon*
Scott Leemon

cc: Jessica Agilar-Adan, USPTS (via email)
AUSA Matthew Shahabian (via ECF)